UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ERIC KING and LEIGH KING, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-493-JRG-DCP |
| | ) | |
| WESTGATE RESORTS, LTD., L.P., | ) | |
| a/k/a WESTGATE RESORTS, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Emergency Motion to Extend Discovery Deadline or for Protective Order [Doc. 20]. Specifically, Plaintiffs request that the deadline for discovery, November 13, 2018, in the Scheduling Order be extended until December 13, 2018. In the alterative, Plaintiffs request that the Court enter a protective order to protect them from being deposed on November 7, 2018, because Plaintiff Leigh King is scheduled to work on November 7, 2018. Plaintiffs also request, in the alternative, that the Court order party depositions to occur in Sevierville or Knoxville on November 12 and 13, 2018.

For grounds, Plaintiffs state that certain disagreements arose regarding the date and location of the depositions. Currently, Plaintiffs' depositions are scheduled for November 7, 2018, and Defendant's corporate representative's deposition is set for November 13, 2018. The parties have agreed, however, that Plaintiffs will be deposed in Nashville on November 12 or November 13 and that Defendant's corporate representative's deposition will occur in Orlando after Plaintiffs have been deposed. Defendant does not oppose an extension of the discovery deadline.

The Court has considered the Motion and finds that the Motion establishes good cause for an extension. The parties have encountered issues with scheduling the location and date of several depositions, and they have worked together to resolve their disputes. Further, the Motion represents that an extension of the discovery deadline will not affect the other deadlines in this case. Accordingly, the Court finds Plaintiffs' Emergency Motion to Extend Discovery Deadline or for Protective Order [**Doc. 20**] well taken, and it is **GRANTED**. The deadline for discovery shall be extended to **December 13, 2018.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge